No. 249, Misc.  ALEXANDER *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 250, Misc.  ROBERTS *v.* BOLES, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 251, Misc.  NOAH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 252, Misc.  UMBEL *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 253, Misc.  PRIORE *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 256, Misc.  JOHNSON, ALIAS KIWANUCKA, *v.* NEW MEXICO.  Supreme Court of New Mexico.  Certiorari denied.

No. 257, Misc.  SPRIGGS *v.* PIONEER CARISSA GOLD MINES, INC., ET AL.  Supreme Court of Wyoming.  Certiorari denied.

No. 259, Misc.  GARCIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Joseph A. Calamia* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.